PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17CR00155 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| MARIO ALVAREZ-MUNIZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 7, 2017, at 1 p.m.

2. By this stipulation, the parties move to continue the matter to August 14, 2017, at 11:30 a.m., to be heard at the same time as the defendant's appeal of his detention order.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for the government has annual leave previously scheduled for August 7 and

1

is unavailable on that date.

  b. Counsel for the government shall file its response to the defendant's motion to revoke his detention order on or before July 21, 2017. An optional reply shall be filed on or before July 31, 2017.

  c. Counsel for the parties believe that failure to grant the above-requested continuance is necessary to ensure that the defendant is competent.

  d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 7, 2017, to August 14, 2017, inclusive, is deemed excludable, pursuant to 18 U.S.C.§§ 3161(h)(1)(D) and (7)(A), for the purpose of resolving the defendant's bail appeal and to ensure the continuity of counsel for the government. The parties further agree that the ends of justice served by excluding time to and through August 17 outweigh the best interest of the public in a speedy trail

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

DATED: July 13, 2017. Respectfully submitted,

          PHILLIP A. TALBERT
          United States Attorney

          */s/ Karen A. Escobar*
          KAREN A. ESCOBAR
          Assistant United States Attorney

DATED: July 13, 2017.

*/s/ Andy Miri*
ANDY MIRI
Counsel for Defendant Alvarez-Muniz

**O R D E R**

SO FOUND.  GRANTED PURSUANT TO THE STIPULATION.

IT IS SO ORDERED.

Dated: **July 13, 2017**             **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE