AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:17-cr-00155-JLT-SKO Document 103 Filed 02/27/24 Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

_____EASTERN_____ District of ___CALIFORNIA___

|  |  |
|---|---|
| United States of America<br><br>v.<br><br>MARIO ALVAREZ-MUNIZ<br><br>Date of Original Judgment: 01/22/2018<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:17-cr-00155-001<br><br>USM No: 76564-097<br><br>Peggy Sasso, Assistant Federal Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____121_____ months **is reduced to** _____120 months_____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___01/25/2018___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____02/20/2024_____

Effective Date: 10 days from the date of this order
*(if different from order date)*

*Judge's signature*

Honorable District Judge Jennifer L. Thurston
*Printed name and title*